IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO: 5:04CV132

| | |
|---|---|
| DIRECTV, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| REGGIE C. GREENE, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no significant activity in this case since October 2004. Accordingly, the Court directs the parties to file a written report indicating the status of the case. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, on or before **May 4, 2007**.

Signed: April 9, 2007

David C. Keesler
United States Magistrate Judge