# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION,
# CIVIL ACTION NO.: 5:04 CV 132

| | |
|---|---|
| DIRECTV, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>REGGIE GREENE, )<br>)<br>    Defendant. )<br>_____ ) | ORDER |

**THIS MATTER** is before the Court on Plaintiff, DIRECTV, Inc.'s Motion for Entry of Default Judgment against Defendant, Reggie Greene [Doc. #9]. This motion is now ripe for disposition by the Court.

After considering the request, the affidavits and other evidence on file, Plaintiff's Motion for Entry of Default Judgment is hereby <u>granted</u>.

**IT IS, THEREFORE, ORDERED** that the clerk enter default judgment against Defendant, Reggie Greene, in the sum of $10,000.00, the amount claimed, with costs and disbursements in the amount of $592.00, amounting in all to the sum of $10,592.00, plus post-judgment interest at the legal rate which shall accrue from the date of this judgment forward until paid; and, that the Plaintiff have execution therefore;

**IT IS FURTHER ORDERED** that Defendant, Reggie Greene, is permanently enjoined from committing or assisting in the commission of any violation of the Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. § 2511.

Signed: August 16, 2007

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge